IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

TERRI M. PRETTYMAN,
Plaintiff,

v.  Civil Action No. 1:18cv122

LTF CLUB OPERATIONS CO., INC.,
Defendant.

## ORDER

The parties appeared for a telephonic final pretrial conference this afternoon. At the conference plaintiff represented that she intends to call four to five witnesses and defendant represented that it plans to call three to four witnesses. Both parties agreed this matter could be completed within two to two and one-half days, and will therefore be scheduled to conclude on or before November 29, 2018 at 1:00 p.m. The parties also agreed to abide by the following deadlines in preparation for the jury trial scheduled for November 27, 2018 at 10:00 a.m.:

- On or before **Tuesday, November 20, 2018 at noon** the parties shall file their motions *in limine* and amended witness and exhibit lists.

- On or before **Tuesday, November 20, 2018 at 6:00 p.m.** the parties shall file proposed jury instructions and proposed questions for *voir dire*.

- On or before **Friday, November 23, 2018 at 5:00 p.m.** the parties shall file objections to the amended witness and exhibit lists.

- On or before **Monday, November 26, 2018 at noon** the parties shall file any motions relating to the parties' objections to the amended witness and exhibit lists and shall also file any objections to the other party's proposed jury instructions.

The Clerk is directed to provide a copy of this Order to all counsel of record.

Alexandria, Virginia
November 16, 2018

/s/
T. S. Ellis, III
United States District Judge